01

02

03

04

05                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
06                                        AT SEATTLE

07   UNITED STATES OF AMERICA,           )
                                         )     CASE NO. CR11-115-JLR
08              Plaintiff,               )
                                         )
09              v.                       )
                                         )     DETENTION ORDER
10   JUAN ALEXANDER VIANEZ,              )
                                         )
11              Defendant.               )
     _____    )

12

13   Offense charged:     Assault of a United States Officer (3 counts)

14   Date of Detention Hearing:    June 3, 2011.

15          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17   that no condition or combination of conditions which defendant can meet will reasonably

18   assure the appearance of defendant as required and the safety of other persons and the

19   community.

20          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21          1.      Defendant comes before this Court on a Writ of Habeas Corpus ad

22   Prosequendum.  He would be returned to the custody of the Bureau of Prisons if released by

DETENTION ORDER
PAGE -1

01 this Court.   Therefore the question of release is moot, and defendant does not oppose entry of a

02 detention order.

03       2.       There does not appear to be any condition or combination of conditions that will

04 reasonably assure the defendant's appearance at future Court hearings while addressing the

05 danger to other persons or the community.

06 It is therefore ORDERED:

07    1. Defendant shall be detained pending trial and committed to the custody of the Attorney

08       General for confinement in a correction facility separate, to the extent practicable, from

09       persons awaiting or serving sentences or being held in custody pending appeal;

10    2. Defendant shall be afforded reasonable opportunity for private consultation with

11       counsel;

12    3. On order of the United States or on request of an attorney for the Government, the

13       person in charge of the corrections facility in which defendant is confined shall deliver

14       the defendant to a United States Marshal for the pupose of an appearance in connection

15       with a court proceeding; and

16    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

17       for the defendant, to the United States Marshal, and to the United State Pretrial Services

18       Officer.

19       DATED this 3rd day of June, 2011.

20

21                                        _____
                                          Mary Alice Theiler
22                                        United States Magistrate Judge


DETENTION ORDER
PAGE -2